**Shirley JOHNSON, on behalf of Kioki Johnson, Individually and Tutor, Plaintiff–Appellant,**

v.

**SCHOOL BOARD VERMILION PARISH; et al., Defendants,**

**School Board Vermilion Parish, Defendant–Appellee.**

No. 02–30857.

Conference Calendar

United States Court of Appeals, Fifth Circuit.

Oct. 22, 2003.

Shirley Johnson, pro se, Abbeville, LA, for Plaintiff–Appellant.

Calvin E. Woodruff, Jr., Abbeville, LA, for Defendant–Appellee.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM.*

Proceeding *pro se* and *in forma pauperis,* Shirley Johnson, acting on behalf of her minor daughter, Kioki, appeals the magistrate judge's dismissal of her harassment suit brought under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681. Johnson contends, in a single paragraph in the argument section of her appellate brief, that the magistrate judge erred in determining that the defendant's response to the sexual harassment allegations fell short of the deliberate indifference required for recovery. Johnson's brief is inadequate to preserve this issue for appeal since she neither refers to the record nor cites legal authority. FED. R.APP. P. 28(a)(9). Accordingly, she has waived this claim. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993) (issues must be properly briefed to be preserved for appeal). In any event, the evidence adduced at trial supports the magistrate judge's findings. *See Davis v. Monroe County Bd. of Educ.,* 526 U.S. 629, 643,

---

650, 119 S.Ct. 1661, 143 L.Ed.2d 839 (1999).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.